**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHING CHUN CHOW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | Case No.: 3:26-cv-01710-SK<br><br>*Assigned to Magistrate Judge Sallie Kim*<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL**<br><br>Complaint Filed: January 9, 2026<br>Removal Date: February 26, 2026 |

Based on the parties' stipulation (Dkt. No. 11), and for good cause shown, the Court GRANTS the stipulation. The parties shall file either (1) a stipulation of dismissal, or (2) a status report on the finalization of their settlement agreement on or before October 13, 2026.

**IT IS SO ORDERED.**

DATE: August 13, 2026 By: Sallie Kim

Hon. Sallie Kim
Magistrate Judge