UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHING CHUN CHOW,

Plaintiff,

v.

PORSCHE CARS NORTH AMERICA, INC.,

Defendant.

Case No. 26-cv-01710-SK

**ORDER OF CONDITIONAL DISMISSAL**

Regarding Docket Nos. 9, 15

The parties filed a joint notice of settlement on May 12, 2026, stating that they had reached an agreement to resolve this action and anticipated filing a dismissal within ninety days. (Dkt. No. 9.) On October 23, 2026, Plaintiff filed a status report stating that Plaintiff has completed substantial portions of the conditional settlement agreement but requires additional time to finalize resolution of the matter. (Dkt. No. 15.) In light of the status report and settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: October 30, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge